# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BATRA,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01212-BAM (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Carthell David Jeys ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has neither paid the $400.00 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* for a **non-prisoner**;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a **non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 11, 2018**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE