# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BATRA,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01212-DAD-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE CLARIFYING HIS INTENT<br><br>(ECF No. 9)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Carthell David Jeys ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 9, 2019, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim for violation of the Fourteenth Amendment against Defendant Batra in his individual capacity arising out of Plaintiff's medical care, but failed to state any other cognizable claims. The Court ordered Plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the cognizable claim. (ECF No. 7.) On January 22, 2019, Plaintiff notified the Court of his willingness to proceed on the cognizable claim identified by the Court, stating "I concur; please proceed on the cognizable medical issue for violation of the 14th Amendment against Defendant S. Batra in his individual capacity." (ECF No. 8.)

///

1

In accordance with the screening order and with Plaintiff's agreement, on January 30, 2019, the Court issued findings and recommendations that this action proceed on Plaintiff's claim against Defendant Batra, and dismissing all other claims. (ECF No. 9.) Plaintiff was permitted an opportunity to file objections to the findings and recommendations within fourteen days. (Id. at 5–6.)

         Rather than filing objections, on February 12, 2019, Plaintiff attempted to file what appears to be an amended complaint. (ECF No. 10.) It is unclear whether Plaintiff has changed his mind regarding his earlier decision to proceed on the cognizable claim against Defendant Batra, whether Plaintiff is attempting to file a new complaint against Defendant Batra, or whether Plaintiff is attempting to add new claims to the current suit. Although the form used is an amended complaint form, this case number is listed as a previous, still pending, lawsuit.

         In light of Plaintiff's *pro se* status, the Court finds it appropriate to allow Plaintiff additional time to clarify his intent. Specifically, Plaintiff should file a written response clarifying whether he intended to file an amended complaint in this action, initiate a new action, or whether he wishes to strike the lodged amended complaint and allow this case to proceed on the cognizable Fourteenth Amendment claim against Defendant Batra.

         Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall file written notice of how he intends to proceed in this action. If Plaintiff fails to respond to the Court's order, the Court will allow this action to proceed on the cognizable claim in Plaintiff's original complaint, filed September 7, 2018.

IT IS SO ORDERED.

   Dated:   **February 13, 2019**                  /s/ *Barbara A. McAuliffe*          
                                                 UNITED STATES MAGISTRATE JUDGE