# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BATRA,<br><br>　　　　　　Defendant. | Case No.: 1:18-cv-01212-DAD-BAM (PC)<br><br>ORDER THAT INMATE CARTHELL DAVID JEYS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Carthell David Jeys is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 8, 2019. Inmate Carthell David Jeys, CO #786-4, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this patient is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **October 8, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE