# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARHELL DAVID JEYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. BATRA,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01212-DAD-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

The Court conducted a settlement conference in this action on October 8, 2019, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **October 8, 2019**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1