# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BATRA,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01212-DAD-BAM (PC)<br><br>ORDER DIRECTING DEFENDANT TO RE-FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 26)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Carthell David Jeys ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 8, 2019, the parties participated in a settlement conference before Magistrate Judge Stanley A. Boone. Based on the settlement, the Court vacated all pending dates and directed the parties to file dispositive documents within thirty (30) days. (ECF Nos. 24, 25.)

On November 8, 2019, counsel for Defendant Batra filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), signed by Plaintiff on October 14, 2019. (ECF No. 26.) Counsel for Defendant Batra did not sign the notice.

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). As Defendant Batra filed an answer in this action on June 21,

1

2019, (ECF No. 17), it appears the parties intended to dismiss this action pursuant to Rule 41(a)(1)(A)(ii), which requires a stipulation of dismissal signed by all parties who have appeared in this action. As Plaintiff has already signed the dispositive documents, only the signature of defense counsel is needed.

Accordingly, Defendant Batra is HEREBY ORDERED to re-file the October 14, 2019 dispositive documents, including the signature of defense counsel. The revised dispositive documents shall be filed within **fourteen (14) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 12, 2019**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE