# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTHELL DAVID JEYS,<br><br>        Plaintiff,<br><br>    v.<br><br>BATRA,<br><br>        Defendant. | Case No. 1:18-cv-01212-DAD-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 30) |

      Plaintiff Carthell David Jeys ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2019, counsel for Defendant Batra re-filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] (ECF No. 30.) The stipulation is signed by all parties, indicating that the entire case is voluntarily dismissed, should be dismissed with prejudice, and each side shall bear its own costs and fees.

      Accordingly, in light of the parties' voluntary dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party

---

[1] Defense counsel originally filed a notice of voluntary dismissal signed only by Plaintiff. (ECF No. 26.) On November 12, 2019, the Court ordered Defendant Batra to re-file the dispositive documents to include the signature of defense counsel, as it was apparent the parties intended to dismiss this action pursuant to Rule 41(a)(1)(A)(ii), which requires a stipulation of dismissal signed by all parties appearing in the action. (ECF No. 27.)

1

shall bear his or her own litigation costs and attorney's fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**November 19, 2019**__     ___/s/ Barbara A. McAuliffe___
                                                           UNITED STATES MAGISTRATE JUDGE